FILED

06 OCT -2 AM 11: 55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: pa    DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT BEAN and HY CITE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MARKETING INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 06 CV 0091 BEN (WMC)  By Fax<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>The Honorable Roger T. Benitez |
|---|---|

MICHAEL BEST & FRIEDRICH LLP
ATTORNEYS AT LAW
MADISON

SD\553978.1

CASE NO. 06 CV 0091 BEN (WMC)
JOINT STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Each party shall bear its own costs and attorneys' fees.

_____
J. Donald Best
John C. Scheller
Amy O. Bruchs
MICHAEL BEST & FRIEDRICH LLP

Robert S. Huie
LATHAM & WATKINS LLP

Attorneys for Plaintiffs

Dated: 9-27-06

_____
Michael J. Furbush
GRONEK & LATHAM LLP

Steve Cochran
Gregory S. Korman
KATTEN MUCHIN ROSENMAN LLP

Attorneys for Defendant

Dated: 9/27/06

Q:\CLIENT\047186\0028\B0897658.1

IT IS SO ORDERED
DATED _____

_____
UNITED STATES DISTRICT JUDGE

MICHAEL BEST & FRIEDRICH LLP
ATTORNEYS AT LAW
MADISON

SD\553978.1

CASE NO. 06 CV 0091 BEN (WMC)
JOINT STIPULATION FOR DISMISSAL